UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                                                                        CASE NO. 05-30537
SYLVESTER DAVIS, JR.
HILDA L. DAVIS
   Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

MARK K. SUTTON, Trustee of this estate, reports the following:

1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

| | | |
|---|---|---|
| 1 | Citi Bank (South Dakota) N.A.<br>Assoc./Texaco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $72.16 |
| 2 | Citi Bank (South Dakota) N.A.<br>Assoc./Texaco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $25.11 |
| 3 | Citi Bank (South Dakota) N.A.<br>Assoc./Texaco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $48.94 |

2. Your Trustee's check for $146.21, payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, this 27th day of January, 2010.

                                                          /s/Mark K. Sutton
                                                          MARK K. SUTTON, TRUSTEE